UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHIRLEY A. HUGUENIN, as personal representative of the Estate of Ulysee A. Huguenin,<br><br>                    Plaintiff,<br><br>     v.<br><br>EXTENDICARE HOMES, INC. d/b/a FRANKLIN HILLS HEALTH AND REHABILITATION CENTER,<br><br>                    Defendant. | NO: 11-CV-0206-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Dismissal (ECF No. 12). The Court will construe this stipulation as a motion to dismiss and will grant the motion pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This case is hereby dismissed with prejudice and without an award of costs or attorney's fees to either party.

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

The parties' stipulated motion for dismissal with prejudice (ECF No. 12) is **GRANTED**. All claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** this 6th day of September, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge